■ Data-Track Account Services, Inc., et al., Respondents, v Curtis W. Lee, Appellant. [805 NYS2d 898]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered July 6, 2004. The order denied defendant's motion for, among other things, a copy of defendant's psychiatric and probation reports.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated at Supreme Court. Present—Pigott, Jr., P.J., Green, Pine, Lawton and Hayes, JJ.